**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
ANTONIO GOODE,                    )    No. EDCV 12-608-CW
                                  )
          Plaintiff,              )    JUDGMENT
                                  )
     v.                           )
                                  )
MICHAEL J. ASTRUE,                )
Commissioner, Social Security     )
Adminstration,                    )
                                  )
          Defendant.              )
_____   )
```

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: February 7, 2013

_____
   CARLA M. WOEHRLE
United States Magistrate Judge